UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GESSLER CLINIC, P.A.**, a Florida
professional association,

    Plaintiff,

v.                                                         Case No: 8:20-cv-1591-T-35AAS

**LIBERTY MUTUAL FIRE
INSURANCE COMPANY**, a foreign
corporation,

    Defendant.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Parties' Stipulation for Dismissal Without Prejudice, (Dkt. 22), and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 15th day of January 2021.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party